

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jonas Ray Bradshaw, Appellant

No. 06-22-00144-CR      v.

The State of Texas, Appellee

Appeal from the 54th District Court of McLennan County, Texas (Tr. Ct. No. 2020-456-C2). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find no error in the judgments of the court below. We affirm the judgments of the trial court.

We note that the appellant, Jonas Ray Bradshaw, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 30, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk